MIED (Rev. 5/25/05) Prisoner Civil Rights Complaint

### Official Use Only

| Case Number | Judge | | Magistrate Judge |
|---|---|---|---|
| | | | |

```
JUDGE : Cohn, Avern
DECK  : Judge Prisoner Deck
DATE  : 09/14/2005 @ 08:58:11
CASE NUMBER : 2:05CV73519
PRIS CMP TREVOR D. PIOTROWSKI
#296995 VS KRISTIN mONAGHAU (LE)
```

MAGISTRATE JUDGE R. STEVEN WHALEN

## PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

### Plaintiff's Information

| Name | Prisoner No. |
|---|---|
| Trevor Daniel Piotrowski | 296995 |

**Place of Confinement**
Deerfield Correctional Facility (MDOC)

| Street | City | State | Zip Code |
|---|---|---|---|
| 1755 Harwood Rd. | Ionia | MI | 48846 |

Are there additional plaintiffs?   ☐ Yes   ☒ No

If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. *You must provide names, prisoner numbers and addresses for all plaintiffs.*

### Defendant's Information

| Name | Position |
|---|---|
| Kristin M. Monaghan | Court Recorder |

| Street/P.O. Box | City | State | Zip Code |
|---|---|---|---|
| 1230 Washington Ave. | Bay City | MI | 48708 |

Are you suing this defendant in his/her:   ☐ Personal Capacity   ☒ Official Capacity   ☐ Both Capacities

Are you suing more than one defendant?   ☐ Yes   ☒ No

If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. *You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.*

1

MIED (Rev. 5/25/05) Prisoner Civil Rights Complaint

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☒ Yes          ☐ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| |
|---|
| **Docket or Case Number:** 04-73177 |
| **Name of Court:** U.S. Dist. - Eastern Dist. of Michigan |
| **Parties (Caption or Name of Case):** Trevor D. Piotrowski V. David Petro, et, al. |
| **Disposition:** Dismissed / Invalidated Incarceration |

| |
|---|
| **Docket or Case Number:** |
| **Name of Court:** |
| **Parties (Caption or Name of Case):** |
| **Disposition:** |

| |
|---|
| **Docket or Case Number:** |
| **Name of Court:** |
| **Parties (Caption or Name of Case):** |
| **Disposition:** |

***Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.***

2

MIED (Rev. 5/25/05) Prisoner Civil Rights Complaint

## II. ADMINISTRATIVE REMEDIES

You are required to inform the Court of the steps you took to exhaust available administrative remedies with regard to each of your claims and to attach to the complaint copies of the documents which show that you have done so. For example, attach copies of the grievances you submitted regarding each claim and the responses you received. If these documents are not available, you must describe in detail the administrative proceeding and its outcome so that the Court may determine what claims, if any, have been exhausted.

1.   If you are in the custody of the State of Michigan or one of its subdivisions, did you:

a.   File a grievance with the Step 1 Grievance Coordinator?
□ Yes        ☑ No

b.   Appeal to the Step 2 Grievance Coordinator?
□Yes        ☑ No

c.   Appeal to the Step 3 Grievance Coordinator?
□ Yes        ☑ No

If you did not take one or more of these steps or, if these documents are not available, please explain: _Not Applicable_

2.   If you are a federal detainee, prisoner or parolee, and if your claim concerns parole, did you appeal to the National Appeals Board of the United States Parole Commission?
□ Yes        ☑ No

If no, please explain: _Not Applicable_

MIED (Rev. 5/25/05) Prisoner Civil Rights Complaint

3.        If you are a federal detainee, prisoner or parolee, and if your claim involves something other than parole, did you:

    a.        Attempt to resolve your complaint informally?
          □ Yes       ☑ No

    b.        File a formal complaint?
          □ Yes       ☑ No

    c.        Appeal to the warden?
          □ Yes       ☑ No

    d.        Appeal to the Regional Director of the Bureau of Prisons?
          □ Yes       ☑No

    e.        Appeal to General Counsel for the Bureau of Prisons?
          □ Yes       ☑ No

If not, please explain: _Not Applicable_

## III. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

Arresting Bay City Police Officers, did obviously and apparently commit perjury during this plaintiff's criminal trial. Plaintiff was asked by prosecution: Q: Okay. So you never said you were gonna put a round through the officer either? A: No ma'am, I did not. This Q & A has been completely deleted from plaintiff's criminal transcript. This deletion will cause Michigan's Court of Appeals to rule against this plaintiff, on a criminal presumption that should not be available; since threatening to assault on officer is an element of Michigan's resisting police statute. Other deletions, additions, and re-arrangements have also occurred to the transcripts.

4

MIED (Rev. 5/25/05) Prisoner Civil Rights Complaint

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

Demand: Kristen M. Monaghan to correct "all" of the deletions, additions, and re-arrangements that she did commit upon plaintiffs criminal trial transcript. To issue a "true and complete" copy of said script to this plaintiff — free of charge. Respectfully impose on Injunction upon Michigans Court of Appeals, Lansing, in order to protect its sound judgement, or in the alternative, this plaintiff respectfully demands a Jury trial.

(TREVOR D. PIOTROWSKI V. PEOPLE OF MI. COA # 259364)

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Executed (signed) on 6 September 2005 (date).

Signature of Plaintiff

\* \* \* \* \*

5

# CIVIL COVER SHEET FOR PRISONER CASES

| Name of 1st Listed Plaintiff | Name of 1st Listed Defendant |
|---|---|
| Trevor D. Piotrowski | Kristin Monaghay |

| Inmate Number: 296995 | Defendant's County of Residence (If located in Michigan) IONIA |
|---|---|

**05 - 73519**

*AVERN COHN*

*MAGISTRATE JUDGE R. STEVEN WHALEN*

## FACILITIES, LISTED ALPHABETICALLY

☐ ALGER MAXIMUM CORRECTIONAL FACILITY
INDUSTRIAL PARK DRIVE
P.O. BOX 600
MUNISING, MI 49862
ALGER COUNTY

☐ BARAGA MAXIMUM CORRECTIONAL FACILITY
301 WADAGA ROAD
BARAGA, MI 49908
BARAGA COUNTY

☐ BELLAMY CREEK CORRECTIONAL FACILITY
1727 W. BLUEWATER HIGHWAY
IONIA , MI 48846
IONIA COUNTY

☐ BOYER ROAD CORRECTIONAL FACILITY
10274 BOYER ROAD
CARSON CITY, MI 48811
MONTCALM COUNTY

☐ CARSON CITY CORRECTIONAL FACILITY
10522 BOYER ROAD
CARSON CITY, MI 48811
MONTCALM COUNTY

☐ CHARLES EGELER RECEPTION AND GUIDANCE CENTER
3855 COOPER STREET
JACKSON, MI 49201-7547
JACKSON COUNTY

☐ CHIPPEWA CORRECTIONAL FACILITY
4269 W. M-80
KINCHELOE, MI 49784
CHIPPEWA COUNTY

☐ COOPER STREET CORRECTIONAL FACILITY
3100 COOPER STREET
JACKSON, MI 49201
JACKSON COUNTY

☒ DEERFIELD CORRECTIONAL FACILITY
155 HARWOOD ROAD
IONIA, MI 48846
IONIA COUNTY

☐ EARNEST C. BROOKS CORRECTIONAL FACILITY
2500 S. SHERIDAN DRIVE
MUSKEGON HEIGHTS, MI 49444
MUSKEGON COUNTY

☐ FEDERAL CORRECTIONAL INSTITUTION - MILAN
P.O. BOX 1000
MILAN, MI 48160-1090
WASHTENAW COUNTY

☐ FLORENCE CRANE CORRECTIONAL FACILITY
38 FOURTH STREET
COLDWATER, MI 49036
BRANCH COUNTY

☐ G.ROBERT COTTON CORRECTIONAL FACILITY
3500 N. ELM ROAD
JACKSON, MI 49201
JACKSON COUNTY

☐ GUS HARRISON CORRECTIONAL FACILITY
2727 E. BEECHER STREET
ADRIAN, MI 49221
LENAWEE COUNTY

☐ HANDLON MICHIGAN TRAINING UNIT
1728 BLUEWATER HIGHWAY
IONIA, MI 48846
IONIA COUNTY

☐ HIAWATHA CORRECTIONAL FACILITY
4533 W. INDUSTRIAL PARK DRIVE
KINCHELOE, MI 49786-0001
CHIPPEWA COUNTY

☐ HURON VALLEY CENTER
3511 BEMIS ROAD
YPSILANTI, MI 48197
WASHTENAW COUNTY

☐ HURON VALLEY CORRECTIONAL FACILITY
3201 BEMIS ROAD
YPSILANTI, MI 48197
WASHTENAW COUNTY

☐ IONIA MAXIMUM CORRECTIONAL FACILITY
1576 W. BLUEWATER HIGHWAY
IONIA, MI 48846
IONIA COUNTY

☐ KINROSS CORRECTIONAL FACILITY
16770 S. WATERTOWER DRIVE
KINCHELOE, MI 49788
CHIPPEWA COUNTY

☐ LAKELAND CORRECTIONAL FACILITY
141 FIRST STREET
COLDWATER, MI 49036
BRANCH COUNTY

☐ MACOMB CORRECTIONAL FACILITY
34625 26 MILE ROAD
NEW HAVEN, MI 48048
MACOMB COUNTY

☐ MARQUETTE BRANCH PRISON
1960 US HWY 41 SOUTH
MARQUETTE, MI 49855
MARQUETTE COUNTY

☐ MID-MICHIGAN CORRECTIONAL FACILITY
8201 N. CROSWELL ROAD
ST. LOUIS, MI 48880
GRATIOT COUNTY

☐ MOUND CORRECTIONAL FACILITY
17601 MOUND ROAD
DETROIT, MI 48212
WAYNE COUNTY

☐ MUSKEGON CORRECTIONAL FACILITY
2400 S. SHERIDAN DRIVE
MUSKEGON, MI 49442
MUSKEGON COUNTY

☐ NEWBERRY CORRECTIONAL FACILITY
3001 NEWBERRY AVENUE
NEWBERRY, MI 49868
LUCE COUNTY

☐ OAKS CORRECTIONAL FACILITY
1500 CABERFAE HIGHWAY
EASTLAKE, MI 49626-0038
MANISTEE COUNTY

☐ OJIBWAY CORRECTIONAL FACILITY
N5705 OJIBWAY ROAD
MARENISCO, MI 49947-9771
GOGEBIC COUNTY

☐ PARNALL CORRECTIONAL FACILITY
1780 E. PARNALL
JACKSON, MI 49201
JACKSON COUNTY

☐ PARR HIGHWAY CORRECTIONAL FACILITY
2727 E. BEECHER STREET
ADRIAN, MI 49221
LENAWEE COUNTY

☐ PINE RIVER CORRECTIONAL FACILITY
320 N. HUBBARD
ST. LOUIS, MI 48880
GRATIOT COUNTY

☐ PUGSLEY CORRECTIONAL FACILITY
7401 EAST WALTON ROAD
KINGSLEY, MI 49649
GRAND TRAVERSE COUNTY

☐ RIVERSIDE CORRECTIONAL FACILITY
777 W. RIVERSIDE DRIVE
IONIA, MI 48846
IONIA COUNTY

☐ ROBERT SCOTT CORRECTIONAL FACILITY
47500 FIVE MILE ROAD
PLYMOUTH, MI 48170
WAYNE COUNTY

☐ RYAN CORRECTIONAL FACILITY
17600 RYAN ROAD
DETROIT, MI 48212
WAYNE COUNTY

☐ SAGINAW CORRECTIONAL FACILITY
9625 PIERCE ROAD
FREELAND, MI 48623
SAGINAW COUNTY

☐ SOUTHERN MICHIGAN CORRECTIONAL FACILITY
4002 COOPER STREET
JACKSON, MI 49201
JACKSON COUNTY

☐ ST. LOUIS CORRECTIONAL FACILITY
8585 N. CROSWELL ROAD
ST. LOUIS, MI 48880
GRATIOT COUNTY

☐ STANDISH MAXIMUM CORRECTIONAL FACILITY
4713 W. M-61
STANDISH, MI 48658
ARENAC COUNTY

☐ STRAITS CORRECTIONAL FACILITY
4387 W. M-80
KINCHELOE, MI 49785-0001
CHIPPEWA COUNTY

☐ THUMB CORRECTIONAL FACILITY
3225 JOHN CONLEY DRIVE
LAPEER, MI 48446
LAPEER COUNTY

☐ WAYNE COUNTY JAIL
570 CLINTON STREET
DETROIT, MI 48226
WAYNE COUNTY

☐ WEST SHORELINE CORRECTIONAL FACILITY
2500 S. SHERIDAN DIRVE
MUSKEGON HEIGHTS, MI 49444
MUSKEGON COUNTY

## OFFICE USE ONLY

| PLAINTIFF ADDRESS: (IF NOT ABOVE) | BASIS OF JURISDICTION | ORIGIN | FEE STATUS |
|---|---|---|---|
| | ☐ 2 US GOVERNMENT DEFENDANT<br>☒ 3 FEDERAL QUESTION<br>☐ 4 DIVERSITY | ☒ 1 ORIGINAL PROCEEDING<br>☐ 2 REMOVED FROM STATE COURT<br>☐ 5 TRANSFERRED FROM ANOTHER DISTRICT COURT | ☒ IFP IN FORMA PAUPERIS<br>☐ WAI WAIVED<br>☐ PD PAID |
| **PLAINTIFF'S COUNTY OF RESIDENCE**<br><br>Ionia. | **NATURE OF SUIT**<br>☐ 510 MOTION TO VACATE<br>☐ 530 HABEAS CORPUS<br>☐ 535 HABEAS/DEATH PENALTY<br>☐ 540 MANDAMUS<br>☒ 550 CIVIL RIGHTS<br>☐ 555 PRISON CONDITIONS | **JURY DEMAND**<br>CHECK YES ONLY IF DEMANDED IN COMPLAINT<br>☒ NO<br>☐ YES | **CASE OPENING**<br>☒ OPEN AS CV<br>☐ NO CREDIT REASSIGN TO<br>(MOTION TO VACATE - 2255) |

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously discontinued or dismissed? □ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case Number: _____

   Judge: _____


2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? *(Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)*  □ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case Number: _____

   Judge: _____

Notes: _____